United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Melissa Bigelow
    Debtor

Case No. 19-01054-RNO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: JGoodling      Page 1 of 1      Date Rcvd: May 01, 2019
                      Form ID: ntcnfhrg     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db          +Melissa Bigelow,    15 West Noble Street,   Nanticoke, PA 18634-2710
5173168      CCB Credit Services, Inc.,    P.O. Box 272,    Springfield, IL 62705-0272
5188222      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5173169     +Chase Auto,    P.O. Box 901003,    Fort Worth, TX 76101-2003
5173171     +Citizens Bank,    RJW214,    P.O. Box 7000,    Providence, RI 02940-7000
5181973     +Citizens Bank N.A.,    One Citizens Bank Way Mailstop JCA115,    Johnston, RI 02919-1922
5173172     +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4927
5173173     +Cross Valley FCU,    640 Baltimore Drive,    Wilkes Barre, PA 18702-7943
5189331     +Cross Valley Federal Credit Union,    640 Baltimore Drive,    Wilkes Barre, PA 18702-7943
5173175     +Financial Recoveries,    200 E. Park Drive,    Ste 100,    Mount Laurel, NJ 08054-1297
5173176      Geisinger,    P.O. Box 983148,    Boston, MA 02298-3148
5179292     +JPMorgan Chase Bank, N.A.,    c/o Manley Deas Kochalski LLC,    PO Box 165028,
              Columbus, OH 43216-5028
5173179      PAM, LLC - PA Turnpike,    P.O. Box 1153,    Milwaukee, WI 53201-1153
5173182     +Radius Global Solutions, LLC,    P.O. Box 390846,    Minneapolis, MN 55439-0846
5173183      Samuel V. Rizzo, M.D.,    795 Township Blvd.,    Pittston, PA 18640-3325
5173184     +Wells Fargo PL&L Loan Payment,    P.O. Box 14517,    Des Moines, IA 50306-3517
5173185     +Zwicker & Associates. P.C.,    P.O. Box 9013,    Andover, MA 01810-0913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5183657      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2019 19:47:14
              Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
5173170      E-mail/Text: bk.notifications@jpmchase.com May 01 2019 19:48:07     Chase Auto Finance,
              P O Box 901076,    TX1-0056,    Fort Worth, TX 76101-2076
5173174      E-mail/Text: mrdiscen@discover.com May 01 2019 19:47:55     Discover Financial Services,
              P.O. Box 15316,    Wilmington, DE 19850
5189299      E-mail/Text: bk.notifications@jpmchase.com May 01 2019 19:48:07     JPMorgan Chase Bank, N.A.,
              National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
5173177      E-mail/Text: bncnotices@becket-lee.com May 01 2019 19:47:59     Kohl's Payment Center,
              P.O. Box 2983,    Milwaukee, WI 53201-2983
5173178     +E-mail/Text: Bankruptcies@nragroup.com May 01 2019 19:48:42     National Recovery Agency,
              2491 Paxton Street,    Harrisburg, PA 17111-1036
5173180      E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:47:27     Paypal Credit Services/SYNCB,
              P.O. Box 960080,    Orlando, FL 32896-0080
5173181     +E-mail/Text: bankruptcyteam@quickenloans.com May 01 2019 19:48:27     Quicken Loans,
              1050 Woodward Ave,    Detroit, MI 48226-1906
5186731     +E-mail/Text: bankruptcyteam@quickenloans.com May 01 2019 19:48:27     Quicken Loans Inc.,
              635 Woodward Avenue,    Detroit, MI 48226-3408
```
                                                TOTAL: 9

        ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor   JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Kevin M Walsh    on behalf of Debtor 1 Melissa  Bigelow KMWesq@aol.com,  law297@aol.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```
                                                TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Melissa Bigelow,                                    Chapter        13

      **Debtor 1**

                                 Case No.        5:19–bk–01054–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **June 4, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: June 11, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 1, 2019 |

ntcnfhrg (03/18)