## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Melissa Bigelow
                                    **Debtor(s)**

**BK NO. 19-01054 MJC**

**Chapter 13**

Rocket Mortgage, LLC f/k/a Quicken
Loans, LLC f/k/a Quicken Loans Inc.
                                    **Movant**
            vs.

Melissa Bigelow
                                    **Debtor(s)**

Jack N. Zaharopoulos,
                                    **Trustee**

## CERTIFICATE OF SERVICE
### NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 14, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Melissa Bigelow
15 West Noble Street
Nanticoke, PA 18634

<u>Attorney for Debtor(s)</u>
Kevin M. Walsh, Esq.
297-299 Pierce Street (VIA ECF)
Kingston, PA 18704

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: <u>September 14, 2021</u>

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com