IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Melissa Bigelow

Debtor 1

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 5:19-bk-01054-MJC |
| Document No.: | 47 |
| Nature of Proceeding: | Motion for Mortgage Modification/Partial Claim Agreement |

## NOTICE TO FILING PARTY

Notice is hereby given that:

    Please file the Loan Modification Agreement. It was not included with the Motion or Exhibits. Please review the noted discrepancy for accuracy. Failure to do so may result in a delay in processing this matter.

DATE: May 18, 2022

Clerk, U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

NTFP – Revised 04/18

NTFP – Revised 04/18