IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Melissa Bigelow<br>Debtor(s) | | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>Movant<br>vs. | | NO. 5-19-bk-01054 MJC |
| Melissa Bigelow<br>Debtor(s) | | |
| Jack N. Zaharopoulos<br>Trustee | | 11 U.S.C. Sections 362 |

## ORDER

Upon consideration of Movant's Motion to Approve Partial Claim, it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on April 8, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 1, 2022