| | | |
|---|---|---|
| IN RE: MELISSA BIGELOW, | : | CHAPTER 13 BANKRUPTCY |
| Debtor | : | CASE NO. 5-19-01054 MJC |
| | : | |
| ROCKET MORTGAGE, LLC f/k/a QUICKEN | : | |
| LOANS, LLC f/k/a QUICKEN LOANS, INC., | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| MELISSA BIGELOW, Debtor | : | |
| And JACK N. ZAHAROPOULOS, Trustee, | : | |
| | : | |
| Respondents | : | |

## ANSWER TO MOTION OF ROCKET MORTGAGE, LLC
## f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc.
## FOR RELIEF FROM THE AUTOMATIC STAY
### 15 W. Noble Street, Nanticoke, PA 18634

NOW, the Debtor, by and through her counsel, Kevin M. Walsh, Esquire, answers said

Motion for Relief from Stay, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied in that a recorded Mortgage should speak for itself.

5. Admitted only that the automatic stay is in effect.

6. Denied. It is denied there is any balance due Movant.

7. Denied. It is denied there is any balance due Movant.

8.    Denied. Movant is not entitled to relief from the provisions of the automatic stay. There is no balance due Movant. Movant is or has been is adequately protected.

9.    Denied as but a legal conclusion without necessity of a response.

WHEREFORE, Debtor respectfully requests that the Motion for Relief be denied and dismissed together with such other and further relief as this Court deems just and appropriate.

/s/Kevin M. Walsh
Kevin M. Walsh, Esquire
Attorney I.D. No. 35209
Attorney for Debtor
297-299 Pierce Street
Kingston, PA  18704
(570) 283-3041
kmwesq@aol.com

<u>**CERTIFICATE OF SERVICE**</u>

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the foregoing Answer To Motion was forwarded to the below named on the _30th_ day of January, 2024, as follows:

**Jack Zaharopoulos, Trustee**
**8125 Adams Drive, Suite A**      -      **By Clerk's Notice of Electronic Filing**
**Hummelstown, PA 17036**

**Denise Carlon, Esquire**
**KML Law Group, P.C.**
**701 Market Street, Suite 5000**      -      **By Clerk's Notice of Electronic Filing**
**Philadelphia, PA 19106-1532**

**Debtor**      -      **By e-mail**

/s/Kevin M. Walsh
Kevin M. Walsh, Esquire
Attorney I.D. No. 35209
Attorney for Debtor
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041
kmwesq@aol.com