| KEVIN M. WALSH | TELEPHONE (570) 283-3041 |
|---|---|
| Attorney At Law | 297-299 Pierce Street<br>Kingston, PA 18704<br>KMWESQ@aol.com |

_____

# NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

April 8, 2024

Attn: Case Administrator
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

      **RE:**   **My Client: Melissa Bigelow**
                **Chapter 13 Bankruptcy Case No. 19-01054**

Dear Sir or Madam:

    Please be advised that debtor has a change of address as follows:

**MELISSA BIGELOW**
**9 GRACE DRIVE**
**PLAINS, PA 18705**

    Please advise if you have any questions or comments or desire any further information.

                                      Very Truly Yours,

                                      /s/Kevin M. Walsh, Esquire

KMW/la