In re:             Case No. 19-01054-MJC

Melissa Bigelow             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5             User: AutoDocke             Page 1 of 3

Date Rcvd: Jul 11, 2024             Form ID: 3180W             Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Bigelow, 9 Grace Drive, Plains, PA 18705-3502 |
| 5173176 | | Geisinger, P.O. Box 983148, Boston, MA 02298-3148 |
| 5173179 | | PAM, LLC - PA Turnpike, P.O. Box 1153, Milwaukee, WI 53201-1153 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5173168 | | Email/Text: Bankruptcies@ccbcreditservices.net | Jul 11 2024 18:40:00 | CCB Credit Services, Inc., P.O. Box 272, Springfield, IL 62705-0272 |
| 5173171 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 11 2024 18:40:00 | Citizens Bank, RJW214, P.O. Box 7000, Providence, RI 02940 |
| 5181973 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 11 2024 18:40:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 5173173 | | Email/Text: loanoperations@crossvalleyfcu.org | Jul 11 2024 18:40:00 | Cross Valley FCU, 640 Baltimore Drive, Wilkes Barre, PA 18702 |
| 5189331 | | Email/Text: loanoperations@crossvalleyfcu.org | Jul 11 2024 18:40:00 | Cross Valley Federal Credit Union, 640 Baltimore Drive, Wilkes Barre, PA 18103 |
| 5183657 | | EDI: CAPITALONE.COM | Jul 11 2024 22:37:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5188222 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2024 18:46:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5173172 | + | EDI: CONVERGENT.COM | Jul 11 2024 22:37:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 5173174 | | EDI: DISCOVER | Jul 11 2024 22:37:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 5200380 | | EDI: DIRECTV.COM | Jul 11 2024 22:37:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5173175 | ^ | MEBN | Jul 11 2024 18:34:28 | Financial Recoveries, 200 E. Park Drive, Ste 100, Mount Laurel, NJ 08054-1297 |
| 5189299 | | EDI: JPMORGANCHASE | Jul 11 2024 22:37:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 5173169 | | EDI: JPMORGANCHASE | Jul 11 2024 22:37:00 | Chase Auto, P.O. Box 901003, Fort Worth, TX 76101 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5173170 | | EDI: JPMORGANCHASE | Jul 11 2024 22:37:00 | Chase Auto Finance, P O Box 901076, TX1-0056, Fort Worth, TX 76101-2076 |
| 5179292 | + | Email/Text: amps@manleydeas.com | Jul 11 2024 18:40:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 5173177 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 11 2024 18:40:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 5277285 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 18:46:36 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5277286 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 18:46:35 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, Resurgent Capital Services 29603-0587 |
| 5173178 | + | Email/Text: Bankruptcies@nragroup.com | Jul 11 2024 18:41:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5173180 | | EDI: SYNC | Jul 11 2024 22:37:00 | Paypal Credit Services/SYNCB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 5173181 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 11 2024 18:40:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5186731 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 11 2024 18:40:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5173182 | + | Email/Text: ngisupport@radiusgs.com | Jul 11 2024 18:40:00 | Radius Global Solutions, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 5200227 | | EDI: AIS.COM | Jul 11 2024 22:37:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5195700 | | EDI: WFFC2 | Jul 11 2024 22:37:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5173184 | + | EDI: WFFC2 | Jul 11 2024 22:37:00 | Wells Fargo PL&L Loan Payment, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 5173185 | + | Email/Text: bkfilings@zwickerpc.com | Jul 11 2024 18:41:00 | Zwicker & Associates. P.C., P.O. Box 9013, Andover, MA 01810-0913 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5173183 | ## | Samuel V. Rizzo, M.D., 795 Township Blvd., Pittston, PA 18640-3325 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Jul 11, 2024 | Form ID: 3180W | Total Noticed: 30 |

Date: Jul 13, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Kevin M Walsh | on behalf of Debtor 1 Melissa Bigelow KMWesq@aol.com law297@aol.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Melissa Bigelow**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4014<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:19–bk–01054–MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Melissa Bigelow

7/11/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W      **Chapter 13 Discharge**      page 2