IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa Bigelow<br>        Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>        Movant<br>vs.<br><br>Melissa Bigelow<br>        Debtor(s)<br><br>Jack N. Zaharopoulos,<br>        Trustee | BK NO. 19-01054 MJC<br><br>Chapter 13<br><br>Related to Claim No. 3-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 24, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Melissa Bigelow
15 West Noble Street
Nanticoke, PA 18634

Attorney for Debtor(s)
Kevin M. Walsh, Esq.
297-299 Pierce Street (VIA ECF)
Kingston, PA 18704

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 24, 2022

                **/s/Brian C. Nicholas Esquire**
                Brian C. Nicholas Esquire
                Attorney I.D. 317240
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                412-430-3594
                bnicholas@kmllawgroup.com